958

No. 808, Misc. REYES v. KELLY, JUDGE. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George C. Dayton* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 1030, Misc. JONES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Pat Bailey,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1144, Misc. ANDERSON v. SOUTH CAROLINA. Sup. Ct. S. C. Motion to defer consideration denied. Certiorari denied. *Robert L. Chipley, Jr.,* and *Betty Sloan* for petitioner.

No. 190. TURNER v. UNITED STATES, 396 U. S. 398;

No. 656. AMERICAN SMELTING & REFINING CO. v. COUNTY OF CONTRA COSTA ET AL., 396 U. S. 273;

No. 657. ACKER v. UNITED STATES, 396 U. S. 1003;

No. 681. FISHKIN ET AL. v. UNITED STATES CIVIL SERVICE COMMISSION ET AL., 396 U. S. 278;

No. 20, Misc. SMITH v. UNITED STATES, 396 U. S. 1027;

No. 918, Misc. NORMAN v. UNITED STATES, 396 U. S. 1018; and

No. 931, Misc. STACY v. VAN CUREN, CORRECTIONAL SUPERINTENDENT, 396 U. S. 1045. Petitions for rehearing denied.